**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § Chapter 11 |
| | § |
| **TRI-POINT OIL & GAS PRODUCTION** | § **Case No. 20-31777** |
| **SYSTEMS, LLC,** *et al.*, | § |
| | § **(Joint Administration Pending)** |
| **Debtors.**[1] | § **(Emergency Hearing Requested)** |

**DEBTORS' NOTICE OF DESIGNATION AS**
**COMPLEX CHAPTER 11 BANKRUPTCY CASES**

On March 16, 2020, the above-captioned debtors and debtors in possession (collectively,

the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code in the

United States Bankruptcy Court for the Southern District of Texas (the "Court").   The

undersigned proposed counsel believes that these chapter 11 cases qualify as complex chapter 11

cases because:

_____X_____   The Debtors have total debt of more than $10 million;

_____X_____   There are more than 50 parties in interest in this case;

_____   Claims against the debtors are publicly traded;

_____   Other

WHEREFORE, the Debtors respectfully request that the Court enter an order

substantially in the form attached hereto, granting: (i) the relief requested herein; and (ii) such

other and further relief to the Debtors as the Court may deem proper.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are as follows: Tri-Point Oil & Gas Production Systems, LLC (2419); FR Tri-Point, LLC (3967), Tri-
Point Services GP, LLC (5463), and Tri-Point Services, LLC (0783).  The address of the Debtors' headquarters is:
5555 San Felipe, Suite 1250, Houston, Texas 77056.

Houston, Texas
Dated: March 16, 2020.

PORTER HEDGES LLP

By: /s/ Joshua W. Wolfshohl
Joshua W. Wolfshohl (TX 24038592)
Aaron J. Power (TX 24058058)
Genevieve M. Graham (TX 24085340)
Michael B. Dearman (TX 24116270)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248

PROPOSED COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION

10446873v1