# EXHIBIT A

## Bank Account List and Schematic

10425302v6

| Bank Account | Bank Account Description |
|---|---|
| *Tri-Point Oil & Gas Production Systems, LLC* | |
| **Wells Fargo** (1786) | Tri-Point Oil & Gas Production Systems, LLC maintains an account at Wells Fargo for the purpose of funding operating disbursements, including the Services Account, Wells Fargo: x-1689, which funds payroll, benefits, insurance and tax withholdings.  This account also provides debt service for two Promissory notes. <br><br> This account is subject to cash dominion. <br><br> As of the Petition Date, this account held a balance of approximately $52,013.43. |
| **Wells Fargo** (1794) | Tri-Point Oil & Gas Production Systems, LLC maintains an account at Wells Fargo for the purpose of collecting operating receipts.  This account also serves as a Lockbox account that sweeps daily at 10am to paydown the Wells Fargo Revolving Credit Facility. <br><br> This account is subject to cash dominion. <br><br> As of the Petition Date, this account held a balance of approximately $37,165.44. |
| *Tri-Point Services LLC* | |
| **Wells Fargo** (1689) | FR Tri-Point LLC maintains an account at Wells Fargo for the purpose of funding payroll, benefits, insurance and tax withholdings.  This account is funded by the operating disbursements account, Wells Fargo: x-1786. <br><br> As of the Petition Date, this account held a balance of approximately $0.00. |
| *FR Tri-Point LLC* | |
| **Wells Fargo** (1671) | Zero balance account (ZBA). <br><br> As of the Petition Date, this account held a balance of approximately $0.00. |
| *Tri-Point Service GP, LLC* | |
| **Wells Fargo** (1663) | Zero balance account (ZBA). <br><br> As of the Petition Date, this account held a balance of approximately $0.00. |

10489615v1



[1] Incoming money is collected in the Collections Account (Lockbox).

[2] Lockbox funds are swept into the Wells Fargo Revolving Credit Facility at 10am on a daily basis.

[3] Outgoing money is withdrawn from the Disbursement Account.

[4] Disbursement Account draws on the Wells Fargo Revolving Credit Facility as required by operations.

[5] Disbursement Account feeds the Services Account, which funds payroll, benefits, insurance and tax withholdings.  [6] Zero balance account (ZBA).

10489615v1