UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re:** | § <br> § **Chapter 11** <br> § |
| **TRI-POINT OIL & GAS PRODUCTION SYSTEMS, LLC,** *et al.*, | § **Case No. 20-31777** <br> § <br> § **(Jointly Administered)** |
| **Debtors.**[1] | § |
| **WITNESSES:** | § **JUDGE: David R. Jones** <br> § |
| **Jeffrey Martini, CEO,** <br> **Robert Albergotti, AlixPartners,** <br> **Any witness listed by any other party.** | § **DATE: March 18, 2020, at 2:30 p.m.** <br> § <br> § **PARTY'S NAMES: Debtors and Debtors** <br> § **in Possession.** <br> § <br> § **ATTORNEY NAMES: Joshua W.** <br> § **Wolfshohl and Aaron J. Power.** <br> § <br> § **NATURE OF PROCEEDINGS:** <br>    **First-Day Motions Hearing** |

### EXHIBIT LIST

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Jeffrey Martini in Support of Chapter 11 Petitions and First Day Pleadings | | | | | | |
| 2. | Declaration of Travis K. Vandell Declaration to Debtors' Emergency Application for Entry of an Order (A) Authorizing the Retention and Appointment of Stretto as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief [Docket No. 10] | | | | | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Tri-Point Oil & Gas Production Systems, LLC (EIN: 38-3982419); FR Tri-Point, LLC (EIN: 37-1793967), Tri-Point Services GP, LLC (EIN: 81-4075463), and Tri-Point Services, LLC (EIN: 81-4070783). The address of the Debtors' headquarters is: 5555 San Felipe, Suite 1250, Houston, Texas 77056.

1

10489616v1

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 3. | Stretto Engagement Agreement | | | | | | |
| 4. | Company Organizational Chart | | | | | | |
| 5. | Bank Account List and Cash Management Schematic | | | | | | |
| 6. | Utility Company List | | | | | | |
| 7. | Insurance Policies List | | | | | | |
| 8. | DIP Budget | | | | | | |
| 9. | Credit Agreement dated as of December 20, 2017 among FR Tri-Point Holdings LLC, as Holdco, FR Tri-Point LLC, as Parent, Tri-Point Oil & Gas Production Systems, LLC, LEED Fabrication Services, LLC, and SFI Oil & Gas Production Systems, LLC as Borrowers, the other subsidiaries of parent party hereto, and Wells Fargo Bank, National Association as Administrative Agent or Agent (WF) | | | | | | |
| 10. | Credit Agreement, dated as of December 20, 2017, *conformed through Amendment No. 9 dated as of February 14, 2020* (WF) | | | | | | |
| 11. | Guarantee and Security Agreement, dated February 14, 2020 (WF) | | | | | | |
| 12. | Senior Secured Promissory Note, dated February 14, 2020 (WF) | | | | | | |
| 13. | Patent Security Agreement, dated February 14, 2020 (WF) | | | | | | |
| 14. | UCC Financing Statement (WF) | | | | | | |
| 15. | Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing (WF) | | | | | | |
| 16. | UCC Fixture Filing (WF) | | | | | | |
| 17. | Guarantee and Security Agreement (FR) | | | | | | |
| 18. | Patent Security Agreement (FR) | | | | | | |

2

10489616v1

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 19. | Forbearance Agreement (FR) | | | | | | |
| 20. | Senior Secured Promissory Note (Bridge Loan), dated February 13, 2020 (FR) | | | | | | |
| 21. | Deed of Trust – Midland | | | | | | |
| 22. | Deed of Trust – Harris | | | | | | |
| 23. | Mortgage – Oklahoma | | | | | | |
| 24. | Intercreditor Agreement, dated February 14, 2020 between Wells Fargo Bank, National Association, as ABL Agent and FR XIII Charlie AIV, L.P., as Term Loan Lender | | | | | | |
| 25. | UCC Lien Search | | | | | | |
| | All Exhibits Designated by Any Other Parties | | | | | | |
| | Rebuttal Exhibits | | | | | | |

Dated: March 17, 2020.

          **PORTER HEDGES LLP**

By:   */s/ Joshua W. Wolfshohl*
      Joshua W. Wolfshohl (TX 24038592)
      Aaron J. Power (TX 24058058)
      Genevieve M. Graham (TX 24085340)
      Michael B. Dearman (TX 24116270)
      1000 Main Street, 36th Floor
      Houston, Texas 77002
      Telephone: (713) 226-6000
      Fax: (713) 226-6248

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

10489616v1